# Exhibit "A"

## Summary Fact Sheet

> "Samson" is believed to be the third most complete specimen by bone count, and one of only three with more than 50% of its original skeletal bones.
>
> "Samson" has arguably the best preserved skull, as most other specimens, including "Sue," were discovered with the skulls crushed over geologic time.
>
> "Samson" is equal in size and stature to "Sue," long considered the largest example discovered.
>
> "Samson" has tentatively been identified as a possible holotype of a new species of the *Tyrannosaurus* genus.

## Chart of Relative Completeness of Discovered T. rex Specimens



Ranking of top 10 *T-rex* skeletons discovered in the last 100 years

Bone count

| Specimen | Percentage | Number of Bones |
|---|---|---|
| Sue FMNH PR2081 | 73% | 219 |
| Stan BHI 3033 | 63% | 190 |
| Samson (Z-rex) | 56% | 170 |
| MOR 555 | 49% | 146 |
| AMNH 5027 | 48% | 143 |
| Ollie | 41% | 124 |
| Scotty RSM 2523.8 | 40% | 120 |