

FILED
APR 1 3 2012
PATRICK E. DUFFY, CLERK
By_____
DEPUTY CLERK, BUTTE

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# GREAT FALLS DIVISION

| | |
|---|---|
| BLACK HILLS INSTITUTE OF GEOLOGICAL RESEARCH, INC., a South Dakota corporation,<br><br>Plaintiff,<br><br>vs.<br><br>FORT PECK PALEONTOLOGY, INC., a Montana corporation, JOHN RABENBERG, an individual, JOHN DOE(S), individuals and entities,<br><br>Defendants. | No. CV-10-76-GF-SEH<br><br>ORDER |

Pursuant to the Stipulation for Dismissal with Prejudice on file herein,

ORDERED:

1. This case is dismissed with prejudice as having been fully settled on its merits, each party to bear their own costs and attorney's fees.

2. The hearing set for April 17, 2012, is VACATED.

3. All pending motions[1] are DENIED as moot.

DATED this 13th day of April, 2012.

*Sam E. Haddon*
SAM E. HADDON
United States District Judge

---

[1] Document Nos. 129, 145, and 155.